SHEPARD & MORSE LUMBER CO. v. BURLEIGH et al. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by the Shepard & Morse Lumber Company against Henry C. Burleigh and another. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 135.

SIDWELL v. GREIG. (Supreme Court, Appellate Division, Third Department. May 10, 1898.) Action by Katy Sidwell against Robert A. Greig. No opinion. Motion to dismiss appeal denied. See 40 N. Y. Supp. 968.

SIEVERT, Respondent, v. CLARK. Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Ferdinand C. F. Sievert against J. Henry Clark. No opinion. Interlocutory judgment reversed, with costs, and demurrer sustained, with leave to amend complaint upon payment of costs of demurrer and of this appeal. Held, that complaint does not state facts sufficient to constitute cause of action.

SMITH v. KETELTAS. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Eugene K. Smith against Alice Keteltas. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 471, 747.

SMITH v. SECOR et al. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Mary E. Smith against Rienzi A. Secor and others. No opinion. Motion denied, upon payment of $10 costs, and stipulating to correct case. See 52 N. Y. Supp. 562.

SOCIETA DI MURO LUCANO v. SARACCO et al. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by the Societa di Muro Lucano against Andrea Saracco and others. No opinion. Motion granted, with $10 costs.

STATE BANK OF PIKE, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by the State Bank of Pike against George M. Brown and another. No opinion. Judgment affirmed, with costs.

STEINER, Respondent, v. SNOW et al., Appellants. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Henry Steiner against Snow, Church & Co. J. M. Kerr, for appellants. A. H. Parkhurst, for respondent. No opinion. Judgment affirmed, with costs.

STEPHAN v. STEPHAN. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by Peter Stephan against Margaret Stephan. No opinion. Motion granted, with $10 costs.

STERN, Appellant, v. RAPOPORT, Respondent. (Supreme Court. Appellate Division, First Department. May 13, 1898.) Action by Leopold Stern against Isaac Rapoport. J. Frank, for appellant. E. M. Bassett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ST. JOHN v. TICONDEROGA PULP & PAPER CO. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Joseph L. St. John against the Ticonderoga Pulp & Paper Company. No opinion. Application dismissed. See 50 N. Y. Supp. 242.

STONE, Respondent, v. BOARD OF SUP'RS OF BROOME COUNTY et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Charles M. Stone against the Board of Supervisors of Broome County and others. E. C. Mood (Frederick Collin, of counsel), for appellants. Alex & A. W. Cumming, for respondent.

PER CURIAM. In view of the decision of the late general term, Fourth department, in Town of Wirt v. Board of Sup'rs of Allegany Co., 90 Hun, 205, 35 N. Y. Supp. 887, and the decision of the appellate division, Fourth department, in June, 1898, reversing the case of Thacher v. Board, 21 Misc. Rep. 271, 47 N. Y. Supp. 124, we conclude to affirm the judgment in the present case.

SULLIVAN v. BAKER et al. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by Daniel J. Sullivan against Howard E. Baker and others. No opinion. Motion denied, without prejudice to any further application that may be made by either party after the decision of the appeal from the order of Mr. Justice FREEDMAN.

TEFFT, Respondent, v. McINTYRE. Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Action by Martha W. Tefft against Frank McIntyre. No opinion. Judgment affirmed, with costs.

TRAFTON, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by Jane Trafton against the Metropolitan Street-Railway Company. W. Allan, for appellant. H. A. Robinson, for respondent. No opinion. Judgment affirmed. with costs.

In re TWELFTH WARD PARK. (Supreme Court, Appellate Division, First Department. April 22, 1898.) In the matter of the Twelfth Ward Park. No opinion. Reference ordered.